**STATE of Missouri, Respondent,**

v.

**Larry DIETZ, Appellant.**

**No. ED 96833.**

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 13, 2013.

Margaret M. Johnston, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### *ORDER*

PER CURIAM.

Larry Dietz appeals the judgment entered upon a jury verdict finding him guilty of the Class A felony of forcible

534

sodomy, Section 566.060, RSMo 1986. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).